**Order entered February 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00978-CR
No. 05-13-00979-CR

**ROY CURTIS STUART, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-52718-Y, F13-52719-Y**

## ORDER

The Court **REINSTATES** the appeals.

On January 13, 2014, we ordered the trial court to make findings regarding why the clerk's and reporter's records have not been filed. We have received the reporter's record, but not the clerk's records. Therefore, in the interest of expediting the appeals, this is now the order of the Court.

We **ORDER** the Dallas County District Clerk to file the clerk's records in these appeals within **FIFTEEN DAYS** of the date of this order.

We **ORDER** court reporter Sharon Hazlewood to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 12, a CD of jail calls.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sharon Hazlewood, official court reporter, Criminal District Court No. 7; Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE